# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00025-CR

**James Timothy Brinson Jr., Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT**
**NO. CR-06-762, HONORABLE WILLIAM HENRY, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant James Timothy Brinson, Jr. appeals from the trial court's judgment of conviction. The record does not contain the trial court's certification of Brinson's right of appeal. *See* Tex. R. App. P. 25.2(a)(2), (d). Rule 25.2(a)(2) states: "The trial court shall enter a certification of the defendant's right of appeal each time it enters a judgment of guilt or other appealable order." *Id*. The appeal is therefore abated and the trial court is ordered to prepare and file its certification of Brinson's right of appeal as required by rule 25.2(a)(2). A supplemental clerk's record containing the court's certification shall be tendered for filing no later than thirty days from the date of this opinion. *See* Tex. R. App. P. 25.2(d), 34.5(c)(2), 37.1.

_____

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Abated

Filed:   August 28, 2008

Do Not Publish